# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| **Ashleigh Mackin,** | : |
| | : Case No.: 5:21-cv-00205-gwc |
| **Plaintiff,** | : |
| v. | : |
| | : |
| **Baraw Enterprises Inc.,** | : |
| | : |
| **Defendants.** | : |

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this action voluntarily stipulate that all claims, disputes, and controversies between them in this matter are dismissed, with prejudice, and that each party shall bear their own attorney fees, costs and expenses of litigation.

Respectfully submitted on July 6, 2022.

| | |
|---|---|
| */s/ Tristan W. Gillespie* | */s/ Gary L. Franklin* |
| Tristan W. Gillespie | Gary L. Franklin |
| | |
| THOMAS B. BACON, P.A. | Primmer Piper Eggleston & Cramer |
| 5150 Cottage Farm Rd. | 30 Main Street, Suite 500 |
| Johns Creek, GA 30022 | Burlington, VT 05402-1489 |
| Gillespie.tristan@gmail.com | (802) 864-0880 |
| 404-276-7277 | gfranklin@primmer.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |